**Leonard JACKSON, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 75092.**

Missouri Court of Appeals, Western District.

Nov. 5, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 24, 2013.

Application for Transfer Denied Feb. 25, 2014.

S. Kate Webber, for Appellant.

Richard A. Starnes, for Respondent.

Before Division Two: MARK D. PFEIFFER, Presiding Judge, JOSEPH M. ELLIS, Judge and VICTOR C. HOWARD, Judge.

### ORDER

PER CURIAM:

Leonard Jackson appeals from the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly errone-ous and that no error of law appears. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**